E-FILED
Friday, 09 April, 2010  03:19:53 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JEFFERY THEADORE DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | Case No. 10-cv-1077 |
| ) | |
| RICHARD BIRKEY, ) | |
| ) | |
| Respondent. ) | |

## O P I N I O N and O R D E R

Before the Court is the Motion to Withdraw filed by Petitioner, Jeffery Theadore Davis, on April 6, 2010 (Doc. 3). The Court construes the Motion as a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). This matter is DISMISSED WITHOUT PREJUDICE.

Entered this 9th day of April, 2010

s/ Joe B. McDade
JOE BILLY MCDADE
Senior United States District Judge